IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AARON SORRENTINO AND | § | |
| LEANNE SORRENTINO, | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:18-cv-43-LY |
| | § | |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY. | § | |
|     *Defendant.* | § | |

## NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY'S SUPPLEMENT TO ITS NOTICE OF REMOVAL

Defendant Nationwide Property and Casualty Insurance Company files this Supplement to its Notice of Removal and attaches the state court file from the underlying state court action.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert R. Russell
Texas Bar No. 24056246
rrussell@smsm.com
Juliet Y. Azarani
Texas Bar No. 24087124
jazarani@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served via CM/ECF this the 24th day of January, 2018 to:

Brian O'Toole
Bridget O'Shaughnessy
O'Toole Atwell, PC
504 Lavaca, Suite 1010
Austin, Texas 78701

                                                 */s/ Patrick M. Kemp*
                                                 Patrick M. Kemp