IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AARON SORRENTINO AND<br>LEANNE SORRENTINO,<br>　*Plaintiffs*,<br><br>v.<br><br>NATIONWIDE PROPERTY AND<br>CASUALTY INSURANCE COMPANY.<br>　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:18-cv-43-LY |

## **NOTICE OF SETTLEMENT**

Defendant Nationwide Property and Casualty Insurance Company provides notice to the Court that Plaintiffs and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of the case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Patrick M. Kemp*
　　　　　　　　　　　　　　　　　Patrick M. Kemp
　　　　　　　　　　　　　　　　　Texas Bar No. 24043751
　　　　　　　　　　　　　　　　　pkemp@smsm.com
　　　　　　　　　　　　　　　　　Robert R. Russell
　　　　　　　　　　　　　　　　　Texas Bar No. 24056246
　　　　　　　　　　　　　　　　　rrussell@smsm.com
　　　　　　　　　　　　　　　　　Segal McCambridge Singer & Mahoney
　　　　　　　　　　　　　　　　　100 Congress Avenue, Suite 800
　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　(512) 476-7834
　　　　　　　　　　　　　　　　　(512) 476-7832 - Facsimile

　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　**NATIONWIDE PROPERTY AND CASUALTY**
　　　　　　　　　　　　　　　　　**INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this the 25th day of April, 2019.

Brian O'Toole
Bridget O'Shaughnessy
O'Toole Atwell, P.C.
504 Lavaca, Suite 1010
Austin, Texas 78701
botoole@otoole-atwell.com
boshaughnessy@otoole-atwell.com

              */s/ Patrick M. Kemp*
              Patrick M. Kemp