IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AARON SORRENTINO AND<br>LEANNE SORRENTINO,<br>　　　PLAINTIFFS,<br><br>V.<br><br>NATIONWIDE PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>　　　DEFENDANT. | §<br>§<br>§<br>§<br>§    CIVIL NO. 1:18-CV-043-LY<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court is the above entitled cause. On July 09, 2019, the parties filed an Agreed Stipulation of Dismissal with Prejudice (Doc. #21), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this 12th day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE